**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

TYRONE MICHAEL STROTHER,

Petitioner,

v.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Civil File No. 26-03331 (MJD/JFD)

STATE OF MINNESOTA,

Respondent.

---

Tyrone Michael Strother, Petitioner, pro se.
Adam E. Petras, Counsel for Defendant.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John F. Docherty, dated July 23, 2026. No objections have been filed to the Report and Recommendation.[1]

[1] To the extent Petitioner intended for his August 14, 2026 filing to be an objection, the objection is **overruled** because it is neither timely nor persuasive.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of Magistrate Judge Docherty.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge John F. Docherty, dated July 23, 2026 **[Doc. 4]**;
2. Petitioner's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DENIED**;
3. Petitioner's application to proceed in forma pauperis **[Doc. 2]** is **DENIED**;
4. No certificate of appealability shall issue; and
5. This matter is **DISMISSED without prejudice for lack of jurisdiction**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 10, 2026

s/ Michael J. Davis
Michael J. Davis
United States District Court